IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
CLERK OF COURT

2005 MAR 10 A 10: 48

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:95-473 |
| | ) | |
| vs. | ) | |
| | ) | |
| KRISHAN KUMAR GUPTA, | ) | **ORDER OF DISMISSAL** |
| a/k/a K. K. Gupta, | ) | |
| | ) | |
| Defendant. | ) | |

And now, this 10th day of March, 2005, the within Motion is granted, and it is hereby ordered and decreed that the Indictment filed May 10, 1995, in Criminal Number 2:95-473 against **Krishan Kumar Gupta,** be and the same is hereby dismissed without prejudice.

HONORABLE DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina